**Sidney T. LEWIS, Executor and Heir of Estate of Bettie Hamilton, In re: The Estate of Ida B. Yancey; Timothy Conley, In re: Heir of Estate of Ida B. Yancey; Arneshia A. Baker, In re: Heir of Estate of Ida B. Yancey, Plaintiffs–Appellants,**

v.

**EMIGRANTS MORTGAGE COMPANY; Philip L. McGrory; Emigrants Savings Bank; Wendy Alford, Vice President, Emigrants Savings Bank, Defendants–Appellees.**

No. 02–1426.

United States Court of Appeals, Fourth Circuit.

Submitted June 20, 2002.

Decided June 25, 2002.

Sidney T. Lewis, Timothy Conley, Arneshia A. Baker, Appellants Pro Se. John Henry Zink, III, Daniel Patrick Moy-

lan, Venable, Baetjer & Howard, Towson, Maryland, for Appellees.

Before MICHAEL and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Sidney Lewis, Timothy Conley, and Arneshia A. Baker appeal the district court's order granting summary judgment for Defendants in this civil action. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *Lewis v. Emigrants Mortgage Co.,* No. CA–01–1585 DKC (D.Md. Mar. 20, 2002). Appellants' motion for a mediation conference is denied. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process. *AFFIRMED*